```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
THE BOARD OF TRUSTEES OF LOCAL 802                            :
MUSICIANS HEALTH FUND,                                        :
                                                              :
                                    Plaintiff,                :      22-CV-9407 (VSB)
                                                              :
                    -against-                                 :         ORDER
                                                              :
BERNARD ABRAMS and PARADISE                                   :
SQUARE BROADWAY LIMITED                                       :
PARTNERSHIP D/B/A PARADISE SQUARE                             :
PRODUCTION SERVICES, INC., and D/B/A                          :
PARADISE SQUARE BROADWAY                                      :
RECORDING LLC,                                                :
                                                              :
                                    Defendants.               :
                                                              :
--------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on November 2, 2022.  (Doc. 1.)  On November 23, 2023, the parties filed a joint stipulation accepting service and extending Defendants' time to respond to the complaint until January 13, 2023.  (Doc. 9.)  To date, Defendants' counsel has not filed a notice of appearance or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 12, 2023.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: April 5, 2023
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge